UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JESSICA DUBUISSON,<br>      Plaintiff,<br><br>      v.<br><br>BOSTON MEDICAL CENTER, et al.,<br>      Defendants. | Civil Action No.<br>21-cv-10270-NMG |

**ORDER**

GORTON, J.

Pro se litigant Jessica Dubuisson has filed a medical malpractice complaint against Boston Medical Center, Boston Children's Hospital, and Massachusetts General Hospital. She has also filed an Application to Proceed in District Court Without Prepaying Fees or Costs ("Application") (also referred to as a motion for leave to proceed in forma pauperis) and a one-page "Motion to Request a Judge."

In Dubuisson's Motion to Request a Judge, she states that she "would like [her] case to move forward with [Recalled Magistrate Judge] Niedermeier in Federal Court." Cases are assigned pursuant to this Court's local rules. See Local Rule 40.1 (assignment of cases). Dubuisson fails to provide a reason for her request and does not argue that this judicial officer should be disqualified pursuant to any of the statutes governing

disqualification. See 28 U.S.C. §§ 47, 144, 455. Because there is no legal basis for reassignment, the motion is denied.

The Court will also deny the Application. Under federal law, a person seeking to proceed in forma pauperis must submit an affidavit that includes "a statement of all assets such [person] possesses," showing that "the person is unable to pay such [filing] fees or give security therefor." 28 U.S.C. § 1915(a)(1). One does not have to be "absolutely destitute" to proceed in forma pauperis. Adkins v. E.I. DuPont de Nemours & Co., 335 U.S. 331, 339 (1948). Rather, the litigant must show she cannot pay the filing fee "and still be able to provide [herself] and dependents with the necessities of life." Id.

Here, Dubuisson's Application is incomplete. She failed to answer questions 5, 7 and 8. On this incomplete financial record, the Court is unable to determine whether Dubuisson qualifies to proceed in forma pauperis.

Accordingly, the Court hereby orders:

1. Dubuisson's Motion to Request a Judge is denied.

2. Dubuisson's Application to Proceed in District Court Without Prepaying Fees or Costs is denied without prejudice. If Dubuisson wishes to pursue this action, she must, within 35 days of the date of this order, pay the $402 filing fee or file a renewed Application. Failure to timely comply with this directive will result in dismissal of the action without

2

prejudice.  The Clerk shall provide Dubuisson with an Application.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated: 04/30/2021