UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JESSICA DUBUISSON,<br>      Plaintiff,<br><br>      v.<br><br>BOSTON MEDICAL CENTER, et al.,<br>      Defendants. | Civil Action No.<br>21-cv-10270-NMG |

ORDER

GORTON, J.

On February 18, 2021, pro se litigant Jessica Dubuisson filed a medical malpractice complaint three Massachusetts hospitals and an Application to Proceed in District Court Without Prepaying Fees or Costs ("Application") (also referred to as a motion for leave to proceed in forma pauperis).

On April 30, 2021, the Court entered an order (Docket No. 5) denying the motion for leave to proceed in forma pauperis without prejudice because Dubuisson had not responded to all the questions in the Application. The Court ordered Dubuisson to pay the filing fee or file a renewed motion for leave to proceed in forma pauperis. The Court warned Dubuisson that failure to comply with the order within thirty-five (35) days would result in the dismissal of the action without prejudice.

The deadline for Dubuisson's compliance with the April 30, 2021 order has passed without any response from the plaintiff.[1] Accordingly, the Court orders that this action be DISMISSED without prejudice for failure to pay the filing fee.

**So ordered.**

                                                            _____
                                                            Nathaniel M. Gorton
                                                            United States District Judge

Dated: 06/17/2021

---

[1] The copy of the April 30, 2021 order that the Clerk mailed to Dubuisson was returned as undeliverable. (Docket Entry No. 6). Because Dubuisson has not provided an updated address, service on her at the address of record is deemed sufficient. See Local Rule 83.5.5(h) (D. Mass.) ("Any notice sent by the clerk or any party to a pro se party shall be deemed delivered and properly served if sent to the most recent address or e-mail address provided by the pro se party.").